IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. : 5:10-CV-404-FL

| | | |
|---|---|---|
| CHARLES MORAN; A.B., a minor child, by and through her natural mother and next friend C.D; E.F., a minor child, by and through her natural mother and next friend C.D.; and, C.D on her own behalf as natural parent of A.B. and E.F., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| THE SOLEIL GROUP; GLENDA ROYSTER; TIFFANY EDWARDS; and JANE/JOHN DOES #1-10, | ) ) ) ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Monday, February 28, 2011.** As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket and the telephonic conference scheduled in this matter for January 14, 2011 is hereby discontinued.

SO ORDERED, this 13th day of January, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge